United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3962

Darlene Louise Rooney,          *
                                *
            Appellant,          *
                                *  Appeal from the United States
    v.                          *  District Court for the
                                *  District of Minnesota.
Federal Communications Commission,  *
                                *       [UNPUBLISHED]
            Appellee.           *

_____

Submitted:  May 6, 1998
    Filed:  May 11, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Darlene Louise Rooney appeals the district court's[1] order dismissing her complaint without prejudice. Having carefully reviewed the record, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

    [1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.